Hun.]   FOURTH DEPARTMENT, APRIL TERM, 1894.

Casualty Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Franz Chwatai, Appellant, v. George Schreiner, Respondent.— Judgment affirmed, with costs.

Peter I. Clerihew, Respondent, v. Henry V. Sharpless, Appellant.— Judgment affirmed, with costs.

Henry Harbeck, Appellant, v. Sarah K. Pupin and Others, Respondents.— Judgment affirmed, with costs on opinion handed down on previous appeal.

Frederick A. Bellevue, Plaintiff, v. Halcyon Skinner, Defendant.— Motion granted by default, with ten dollars costs and disbursements.

Samuel P. Dexter and Others, Plaintiffs, v. Louis Adler and Others, Defendants.— Motion for reargument denied, with ten dollars costs.

The People of the State of New York ex rel. Equitable Gas Company v. Edward P. Barker and Others.— Order affirmed, without costs. Opinion by Van Brunt, P. J.; opinion withdrawn.

The People of the State of New York v. St. Nicholas Bank (In re Thomas B. Kerr and Others).— Order reversed and application denied, with costs.—
PER CURIAM: In accordance with the views expressed in the case of *People* v. *St. Nicholas Bank (In re Petition of Lathrop)*, decided herewith, the order appealed from should be reversed and the application denied, with costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

The People of the State of New York v. St. Nicholas Bank (In re Charles B. Quincy).— Order reversed and application denied, with costs.—
PER CURIAM: In accordance with the views expressed in the case of *People* v. *St. Nicholas Bank (In re Petition of Lathrop)*, decided herewith, the order appealed from should be reversed and the application denied, with costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

The People of the State of New York v. St. Nicholas Bank (In re Nathan T. Beers).— Order appealed from in so far as it directed receiver to pay over moneys reversed; in other respects affirmed, with costs.—

PER CURIAM: In accordance with the views expressed in the case of *People* v. *St. Nicholas Bank (In re Petition of Lathrop)*, decided herewith, the order appealed from, in so far as it directed the receiver to pay over moneys, should be reversed, and in other respects, affirmed, with costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

The People of the State of New York v. St. Nicholas Bank (In re Edward C. Homans).— Order reversed and application denied, with costs.
PER CURIAM: In accordance with the views expressed in the case of *People* v. *St. Nicholas Bank (In re Petition of Lathrop)*, decided herewith, the order appealed from should be reversed and the application denied, with costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

The People of the State of New York v. St. Nicholas Bank (In re Julius A. Kohn).— Order appealed from, in so far as it directed receiver to pay to petitioner the sum of $9,384.38 and interest, and in so far as it granted leave to renew any application, reversed, with costs and the motion denied, with costs.—
PER CURIAM: In accordance with the views expressed in the case of *People* v. *St. Nicholas Bank (In re Petition of Lathrop)*, decided herewith, the order appealed from, in so far as it directed the receiver to pay to the petitioner the sum of $9,384.38 and interest, and in so far as it granted leave to renew any application, should be reversed with costs, and the motion denied, with costs. Present — Van Brunt, P. J., O'Brien and Follett, JJ.

Nicholas Quackenbos, Appellant, v. Grace C. Minton, Respondent.— Order reversed, without costs and case remitted to Special Term for decision on the merits.

The People of the State of New York ex rel. Thomas J. Kelly, Appellant, v. Examining Board of Plumbers, etc., Respondent.— Order affirmed, without costs.

The People of the State of New York ex rel. Thomas J. Kelly, Appellant, v. George D. Scott and Examining Board of Plumbers, etc., Respondents.— Order reversed, with ten dollars costs and disbursements; respondents to file return within twenty days from entry of order hereon.

---

### FOURTH DEPARTMENT, APRIL TERM, 1894.

The People of the State of New York, Respondent, v. Milton W. Doxtator, Appellant.— Leave granted to appeal to the Court of Appeals on the ground that a question of law is involved which ought to be reviewed by that court.

The City of Syracuse, Respondent, v. Richard M. Stacey and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.

The City of Syracuse, Respondent, v. Lakeside Paper Company, Appellant.— Motion granted, with ten dollars costs.

Mary F. Baxter, Respondent, v. The New York State Mutual Benefit Association, Appellant. — Same v. Same.— Same v. Same.— Orders reversed, with ten dollars costs and disbursements in each case, and motion granted in each case, with ten dollars costs in one case only.

The People of the State of New York ex rel. John Hall, Appellant, v. Ira McDonald and Others, Assessors, Respondents.— Order affirmed, with costs.

In the Matter of the Final Accounting of Van Buren Gross, as Sole Surviving Assignee of

William H. Allen, Appellant, v. James L. Totman, Respondent.— Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of the Directors of the Binghamton General Electric Company for a Voluntary Dissolution.— Order modified by striking out that part which modifies the restraining clause in the order of March 1, 1894, without costs to either party.

Andrew J. Taylor, Respondent, v. Reuben H. Geer, as Executor, etc., Appellant.— Judgment and order reversed, and a new trial ordered, with costs to abide the event. *Held* (1), the court erred in admitting evidence of the plaintiff of a conversation with defendant's testatrix, which he testifies occurred when no one else was present. (See *Martin* v. *Hillen*, 142 N. Y. 140.) (2) That the request to charge as to presumption of ownership of the money from the possession of the orders should have been granted.

Jane E. Wheeler, as Administratrix, etc., Respondent, v. The Watertown Street Railway Company, Appellant.— Judgment and order affirmed, with costs.